| | |
|---|---|
| STATE OF RHODE ISLAND | FAMILY COURT |
| PROVIDENCE, SC | FAMILY COURT NO. P132045 |

MICHAEL P VIEIRA

    vs

State of Rhode Island ex rel.
AMY A VIEIRA

## JUDGMENT / ORDER

This matter came for hearing on May 6, 2024 before Justice RICHARD A. MEROLA upon the Motion for Appeal filed by the Plaintiff and after hearing thereon, it is hereby:

## ORDERED, ADJUDGED, AND DECREED

1) That this matter may pass with prejudice.

2) The Plaintiff and the Defendant were present in court on 5·6·2024.

3) The Plaintiff is in compliance for Driver's License purposes and the Lien on the Plaintiff's bank account has been vacated. Therefore; the Plaintiff's appeal is MOOT and HE PASSES HIS APPEAL of Magistrate Finkelman's Order.

4) If there is an arrears when the youngest child is emancipated · the child support order, medical order and arrears order will be added together and applied towards the arrears until it is paid in full.

5) Pursuant to Federal Law, either party has a right to request a review and modification of their child support order by filing a motion with Family Court. State law requires both parties to notify the child support agency within ten (10) days of any address change

or change of employment.

Presented by: _____
FORREST C. CROOKS ESQUIRE   Bar No.: 05090
Legal Counsel - Office of Child Support Services

## CERTIFICATION

The Office of Child Support Services certifies that a copy of the within order was mailed to FREDERICK A. COSTELLO ESQUIRE at COLLEGE PARK SUITE 20D 33 COLLEGE HILL ROAD WARWICK RI 02886 through an automated process on May 10, 2024.

The Office of Child Support Services certifies that a copy of the within order was mailed to MICHAEL P. VIEIRA at 718 CENTRAL AVE JOHNSTON RI 02919 through an automated process on May 10, 2024.

The Office of Child Support Services certifies that a copy of the within order was mailed to AMY A. VIEIRA at through an automated process on May 10, 2024.

/s/ Child Support Representative

Approved:  /s/ Richard A. Merola
Associate Justice
June 7, 2024    ADMINISTRATOR CLERK

Date            TRUE COPY ATTEST

Judge RICHARD A. MEROLA