

# STATE OF RHODE ISLAND
## DIVISION OF MOTOR VEHICLES
### NOTICE OF ACTION



21894270

MICHAEL P VIEIRA
718 CENTRAL AVE
JOHNSTON RI 02919-3102

**ORDER DATE:** 11/20/2024
**INCIDENT DATE:** 11/19/2024
**LICENSE NUMBER:** 9780988
**DATE OF BIRTH:** 08/24/1981

You are hereby notified pursuant to the statutory provisions of the Motor Vehicle Laws of the following action. This action is from the **DEPARTMENT OF HUMAN SERVICES - OFFICE OF CHILD SUPPORT** pursuant to Summons / Case / Voucher number P132045 11/19/2024 .

### ACTION(S):

| License / Registration / VIN # Privilege | Suspension Period | Reason for Suspension | Suspension Effective Date and time |
|---|---|---|---|
| Privilege to operate any Vehicle | INDEFINITE | 93 - CHILD SUPPORT NON-COMPLIANCE | 12/30/2024 11:59 PM |
| Any and All Registrations | INDEFINITE | S2 - CHILD SUPPORT NON-COMPLIANCE | 12/30/2024 11:59 PM |

As of October 5, 2017, reservations will be required for most transactions in the Adjudication Office. Visit www.dmv.ri.gov/adjudication for details.

## HEARING INFORMATION

You may have the right to schedule a hearing by sending a written request for a hearing to the address below within ten (10) days of the order date. If approved, no further action to suspend your license/registration will be taken until a hearing has been held and a decision issued. Hearing procedures are on the reverse side of this notice of action.

To comply with this order, please see the information below. Non-compliance may result in a continued suspension and/or additional fines. **You will receive no further notice of this suspension. A mandatory fee must be paid in order to have your license or operating privilege reinstated by the Division of Motor Vehicles.**

Should you have any questions regarding the actions taken against you, please contact:

DEPARTMENT OF HUMAN SERVICES - OFFICE OF CHILD SUPPORT SERVI
77 DORRANCE STREET
PROVIDENCE RI 02903-0000
401-458-4400

WALTER R. CRADDOCK
Administrator
DIVISION OF MOTOR VEHICLES



SS21894270



## Hearing Procedures

In accordance with Rhode Island General Laws 31-11-7 (d) through (f), the Division of Motor Vehicles ("DMV") shall ensure that the hearing procedures provided for the following:

1. An opportunity for an in person hearing before a fair and impartial decision-maker;
2. The opportunity to produce relevant documents and witnesses;
3. The opportunity to ask questions of and otherwise confront and cross-examine witnesses;
4. Access to all of the evidence upon which the DMV relied in making its suspension decision; and
5. The right to present any and all relevant and admissible evidence.

During the hearing, the DMV shall bear the burden of proof as to the existence of the grounds for the suspension. The DMV may also administer oaths and may issue subpoenas for the attendance of witnesses and production of relevant records, books and papers.

After the hearing the DMV shall issue a written decision based solely on the hearing evidence and containing the legal and factual basis for the decision. The DMV may either decide against the license suspension, determining that the suspension is not warranted; may continue, modify, or extend the suspension; or may revoke or suspend the license or registration.

**You may not be entitled to a preliminary hearing prior to license suspension** pursuant to Rhode Island General Laws 31-11-7(a) upon showing that you have been adjudicated by a court to have:

1. Committed an offense for which mandatory license revocation or suspension is required upon conviction or adjudication;
2. Committed offenses against traffic regulations governing the movement of motor vehicles with such frequency as to indicate a disrespect for the traffic laws and a disregard for the safety of others on the highways;
3. Been a reckless or negligent driver of a motor vehicle, or permitted an unlawful or fraudulent use of a license;
4. Committed an offense in another state which, if committed in this state, would be grounds for suspension or revocation: and/or
5. Committed any offense enumerated by 31-9-1 of the Rhode Island General Laws.

**You may also not be entitled to such a preliminary hearing prior to license suspension** if you are the subject of an order pursuant to 14-1-67 of the Rhode Island General Laws, following a court's finding that a minor is delinquent or wayward, and/or if you pose an imminent safety risk to the general public as determined by the application of reasonable standards.