UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL VIEIRA,<br>    Plaintiff,<br><br>v.<br><br>RHODE ISLAND OFFICE OF CHILD<br>SUPPORT SERVICES; WALTER<br>CRADDOCK, *Administrator DMV*; and<br>FRANK DIBIASE, *Associate Director,<br>Revenue Services,*<br>    Defendants. | C.A. No. 24-cv-493-JJM-LDA |

## ORDER

Michael Vieira has filed an Application to Proceed *In Forma Pauperis* (ECF No. 2) which initiates a mandatory review of the Complaint to determine whether it states a plausible federal claim for relief. 28 U.S.C. § 1915(e)(2)(B)(ii). In his Complaint, Mr. Vieira challenges the suspension of his driver's license and report to credit bureaus stemming from an alleged child support arrearage. He contends that there was no valid court order supporting those actions, nor a hearing, in violation of his procedural due process rights.

The jurisdiction of a federal court is limited. While Mr. Vieira claims constitutional violations that might otherwise support federal question jurisdiction, he is in essence challenging the impact of state Family Court action, which invites this Court to review the family court proceedings. That claim places this case squarely within the domestic relations exception to federal jurisdiction. *Ankenbrandt v. Richards,* 504 U.S. 689, 701-04 (1992). *See Mandel v. Town of Orleans,* 326 F.3

267, 271 (1st Cir. 2003) (reserving question of whether domestic relations exception applies beyond diversity jurisdiction in this Circuit).

In addition, the claim implicates the *Rooker-Feldman* doctrine that bars "cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments." *Brown v. Coffin,* 766 Fed. Appx. 929, 930 (11th Cir. 2019), quoting *Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* 544 U.S. 280, 284 (2005). These exceptions preclude subject-matter jurisdiction in this Court and require dismissal. Because they cannot be cured, the Court does not extend leave to amend the Complaint.

The Complaint is DISMISSED, the Motions for *In Forma Pauperis* status (ECF No. 2), for the appointment of counsel (ECF No. 4), and for a Temporary Restraining Order (ECF No. 5) are denied as moot.

IT IS SO ORDERED,

_____
John J. McConnell, Jr.
Chief United States District Judge

December 10, 2024