UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Michael Vieira** : | |
| *Plaintiff,* : | |
| : | |
| v. : | C.A. No. 1:24-cv-00493-JJM-LDA |
| : | |
| **The Rhode Island Office of Child** : | |
| **Support Services; Walter Craddock;** : | |
| **and Frank DiBiase** : | |
| *Defendant.* : | |

## ENTRY OF APPEARANCE

    I, Marissa Pizaña, Special Assistant Attorney General, do hereby enter my appearance on behalf of Defendants, the Rhode Island Office of Child Support Services; Walter Craddock, in his official capacity only; and Frank J. DiBiase, in his official capacity only, in the above-captioned matter.

    Respectfully submitted,

    Defendants,

    Rhode Island Office of Child Support Services; Walter Craddock, in his official capacity only; and Frank J. DiBiase, in his official capacity only,

    By,

    PETER F. NERONHA
    ATTORNEY GENERAL

    */s/ Marissa Pizaña*
    Marissa Pizaña (#10468)
    Special Assistant Attorney General
    150 South Main Street
    Providence, Rhode Island 02903
    Tel: (401) 274-4400, Ext. 2055
    Fax: (401) 222-2995
    mpizana@riag.ri.gov

## **CERTIFICATION**

      I, the undersigned, hereby certify that I filed and served the within via the ECF filing system and that a copy is available for viewing and downloading. I have also caused a copy to be sent via the ECF System to counsel of record on this 3rd day of March, 2025. A copy has also been sent by first class mail, postage prepaid to:

Michael Vieira
718 Central Ave.
Johnston, Rhode Island, 02919

                                              */s/ Marissa D. Pizaña*