UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**MICHAEL VIEIRA,**
    **Plaintiff,**

    v.                                               C.A. No. 24-493JM-LDA

**RHODE ISLAND OFFICE OF
CHILD SUPPORT SERVICES,
et al.,**
    **Defendants.**

## JUDGMENT

[    ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Text Order entered on May 28th, 2025 by this Court.

                                                           Enter:

                                                           /s/ Ryan H. Jackson
                                                           Deputy Clerk

Dated: May 28, 2025