| | |
|---|---|
| **From:** | Mike Vieira <mikevieira1@gmail.com> |
| **Sent:** | Saturday, May 31, 2025 8:06 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | 1:24-cv-00493-JJM-LDA PLAINTIFF'S MOTION TO RECONSIDER DISMISSAL |
| **Attachments:** | USDC- PLAINTIFF'S MOTION TO RECONSIDER DISMISSAL.pdf |
| | |
| **Categories:** | Being Worked on CH |

**CAUTION - EXTERNAL:**

Hello, Attached is my motion to reconsider dismissal to enter.

Thank you,
Mickael Vieira
401-492-9950

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.